# United States District Court
## For The Western District of North Carolina
### Statesville Division

| | |
|---|---|
| MARIE TEMPLETON WELLMAN,<br>Administratrix of the Estate of Sidney<br>Jonathan Templeton<br>        Plaintiff(s), | JUDGMENT IN A CIVIL CASE |
| vs. | 5:07CV61-V |
| MICHAEL DWAYNE SHARPE, *et al.,*<br>        Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 3, 2008 Order.

Signed: June 3, 2008

Frank G. Johns, Clerk
United States District Court